**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renegy, L.L.C.,<br>      Plaintiff,<br>vs.<br>Long Beach Shavings Co., Inc.,<br>      Defendant. | No. CV-11-08021-PCT-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss With Prejudice (Doc. 51) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 19th day of November, 2012.

_____
Paul G. Rosenblatt
United States District Judge